THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* FOSTER TAYLOR, Defendant-Appellant.

(No. 56180; ▮▮▮▮▮▮▮▮

First District—June 22, 1972.

Opinion by Mr. JUSTICE McNAMARA.

Gerald W. Getty, Public Defender, of Chicago, (John T. Moran, Jr., and James J. Doherty, Assistant Public Defenders, of counsel,) for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Robert A. Novelle and Themis N. Karnezis, Assistant State's Attorneys, of counsel,) for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* ROBERT E. LENKER II, Defendant-Appellant.

(No. 55410; ▮▮▮▮▮▮▮▮

First District—June 28, 1972.

*Rehearing denied July 26, 1972.*